FILED BY MB D.C.
Jun 11, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

X FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 22 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona
ROSS ARELLANO EDWARDS
Assistant U.S. Attorney
Arizona State Bar No. 033439
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ross.arellano.edwards@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Bob Andy Pritchard,
a.k.a. Leighton Andy Garvy,
a.k.a. Jay BobDewise,

Defendant.

CR-23-00232-PHX-SMB (ESW)

**INDICTMENT**

VIO: 18 U.S.C. § 1542
(False Statement in Application or Use of Passport)
Count 1

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about October 25, 2019, in the District of Arizona, the defendant, BOB ANDY PRITCHARD, a.k.a. LEIGHTON ANDY GARVY, a.k.a. JAY BOBDEWISE, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application he represented that he was a citizen of the United States.

\\

\\

In violation of Title 18, United States Code, Section 1542.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: February 22, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

ROSS ARELLANO EDWARDS
Assistant U.S. Attorney

AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT

for the
District of Arizona

United States of America
v.
Bob Andy Pritchard
*Defendant*

Case No. CR-23-00232-001-PHX-SMB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay *(name of person to be arrested)* Bob Andy Pritchard ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 1542 – False Statement in Application or Use of Passport

D. Draper
*Issuing officer's signature*

City and state: Phoenix, Arizona

D. Draper, Deputy Clerk
*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA E PLURIBUS UNUM

ISSUED ON 2:43 pm, Feb 22, 2023
s/ Debra D. Lucas, Clerk

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

cc: PTS